UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARIE E. JENKINS,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No. C06-5405-RBL-KLS<br><br><br>ORDER FOR REMAND |

　　Based on the stipulation of the parties, it is hereby ORDERED that this case is REVERSED and REMANDED for further proceedings under sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge will:

• Hold a hearing de novo;

• Re-evaluate the opinion of Guthrie Turner, M.D., Plaintiff's credibility, and Plaintiff's residual functional capacity;

• Obtain medical expert and vocational expert testimony as necessary; and

Page 1　　ORDER OF REMAND - [C06-5405-RBL-KLS]

- Explain any inconsistencies between the vocational expert's testimony and relevant information in the United States Department of Labor's *Dictionary of Occupational Titles.*

Further, the parties agree Plaintiff may be awarded costs pursuant to 28 U.S.C. § 1920 and reasonable attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

IT IS SO ORDERED this 12th day of December, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommend for Entry:

   s/ Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ David M. Blume
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2212
Fax: (206)615-2531
david.blume@ssa.gov

Page 2   ORDER OF REMAND - [C06-5405-RBL-KLS]