United States District Judge RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIE E. JENKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br><br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. C06-5405RBL<br><br>ORDER FOR EAJA FEES, COSTS AND EXPENSES |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff's attorney Elie Halpern is hereby awarded EAJA fees of $3,732.70 and expenses of $37.89 pursuant to 28 U.S.C. §2412 and costs of $41.60 as set out at 28 U.S.C. §1920, payable from the Judgment Fund pursuant to 31 U.S.C. §1304.

ORDER FOR EAJA FEES, COSTS AND   EXPENSES
[C06-5405RBL] - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502

(360) 753-8055

DATED this 16th day of January, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

S/ELIE HALPERN
ELIE HALPERN, WSBA #1519
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C06-5405RBL] - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502

(360) 753-8055